In re CONNOLLY. In re MIAMI VALLEY TISSUE MILLS CO. (Circuit Court of Appeals, Sixth Circuit. July 15, 1920.) No. 3422. Petition to Revise Order of the District Court of the United States for the Western Division of the Southern District of Ohio. Decamp & Sutphin, Leo J. Brumleve, Jr., and Bolsinger, Kuhn & Bolsinger, all of Cincinnati, Ohio, for petitioner. P. H. Rue of Franklin, Ohio, and Oliver G. Bailey and Lem S. Miller, both of Cincinnati, Ohio, for respondent.

PER CURIAM. Dismissed on stipulation.

DALY v. DIRECTOR GENERAL OF RAILROADS. (Circuit Court of Appeals, Second Circuit. April 15, 1920.) No. 139. Appeal from the District Court of the United States for the Eastern District of New York. Suit in admiralty by Bartle Daly against the Director General of Railroads, operating the Pennsylvania Railroad. Decree for libelant, and respondent appeals. Affirmed. Burlingham, Veeder, Masten & Fearey, of New York City (Chancey I. Clark and Charles E. Wythe, both of New York City, of counsel), for appellant. Macklin, Brown & Purdy, of New York City (Pierre M. Brown, of New York City, of counsel), for appellee. Before WARD, ROGERS and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

DUNCAN v. JACOB DOLL & SONS. (Circuit Court of Appeals, Fourth Circuit. February 17, 1920.) No. 1751. Appeal from the District Court of the United States for the Northern District of West Virginia at Clarksburg; Alston G. Dayton, Judge. Suit in equity by Jacob Doll & Sons, a corporation, against Cloyd H. Duncan. Decree for complainant, and defendant appeals. Affirmed. Cloyd H. Duncan, of Fairmont, W. Va., in pro. per. E. Bryan Templeman, of Clarksburg, W. Va. (George M. Hoffheimer, of Clarksburg, W. Va., on the brief), for appellee. Before PRITCHARD, KNAPP and WOODS, Circuit Judges.

PER CURIAM. The controlling questions in this case are questions of fact, and no unfamiliar principle of law is involved. We have carefully examined the record, and are satisfied that no reversible error was committed by the court below. The decree appealed from is accordingly affirmed.

ERIE R. CO. v. ANDERSON. (Circuit Court of Appeals, Sixth Circuit. June 15, 1920.) No. 3385. In Error to the District Court of the United States for the Northern District of Ohio. Cook, McGowan, Foote, Bushnell & Lamb, of Cleveland, Ohio, for plaintiff in error. Anderson & Lamb, of Youngstown, Ohio, and J. J. Tetlow, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Order entered: Cause "settled at costs of plaintiff in error."